# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Michael Harvey

V.

F. Gonzales and Edmund G. Brown, Jr., The Attorney General of the State of California, additional respondent

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   10cv2235-JAH(RBB)

[ ]   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[x]   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the findings and conclusions of the magistrate judge presented in the Report and Recommendation are Adopted in their entirety.  The instant petition for Writ of Habeas Corpus is Denied with prejudice in its entirety.

| June 5, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ E Silvas
(By) Deputy Clerk
ENTERED ON June 5, 2012

10cv2235-JAH(RBB)